**People of the State of Illinois, Plaintiff-Appellee, v. James McDonald (Impleaded), Defendant-Appellant.**

Gen. No. 52,002.

First District, Second Division.

December 20, 1968.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Harold A. Cowen and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Richard Trais, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE LYONS. **Not to be published in full.**